JOSHUA MCDONALD MCLEAN, Appellant, v. HAROLD D. ROUSE and Another, as Executors, etc., of SAMUEL ROUSE, Deceased, and Others, Respondents, Impleaded with Others. GWENDOLYN MCLEAN, Appellant, v. HAROLD D. ROUSE and Another, as Executors, etc., of SAMUEL ROUSE, Deceased, and Others, Respondents, Impleaded with Others.— Orders reversed, with twenty dollars costs and

disbursements, and motions granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.